IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

Javier J. Acevedo Rodriguez
Plaintiff

v.                                                      24-cv-1139 CVR

José Luis Cuevas Ramos
and Carmen Ramona Natal
Perez, Edgardo Luis Cuevas Natal
and Magda Quintana.

MOTION TO PROCEED IN FORMA PAUPERIS
(Moción para Proceder en forma de Pobre)

I, the above-named petitioner declare under penalty of perjury that I am the petitioner in the above-entitled proceeding; that I am unable to pay the costs of said proceeding or give security thereof; that I believe I am entitled to redress; and that I believe I have a meritorious case.

(Yo, el peticionario de epígrafe, declaro bajo pena de perjurio que soy el peticionario en el caso antes mencionado; que no puedo pagar los costos de dicho procedimiento ni ofrecer garantía sobre el mismo; que considero tener derecho a un remedio y creo tener argumentos válidos.)

Wherefore, I hereby request to be allowed to proceed in forma pauperis, without prepayment of fees, costs or security thereof.

(POR TODO LO CUAL solicito se me permita proceder en forma de pobre, sin pago anticipado de cuotas, gastos o garantía de ellos.)

Date: March 13, 2024                    _____
(Fecha:)                                  Petitioner - Peticionario

------------------------------------------------------------

O R D E R

This motion is hereby _____.

At San Juan, Puerto Rico, this ____ day of _____ of 19___.

_____
UNITED STATES DISTRICT JUDGE