IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2024 MAR 21 AM 8:42

PRISONER CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

*DEMANDA POR VIOLACION A DERECHOS CIVILES DE CONFINADO*
*42 U.S.C. § 1983*

Javier J. Acevedo Rodriguez

24-CV-1139
CVR

Full name of plaintiff
*Nombre completo del demandante*

v.

José Luis Cuevas Ramos and Carmen Ramona Natal Perez, Elgardo Luis Cuevas Natal and Magda Quintana

Full name(s) of defendant(s)
*nombre completo de(l)(los) demandado(s)*

I.   Previous lawsuits.
     *Pleitos radicados anteriormente.*

     A.   Have you brought other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

          *¿Ha iniciado usted otros pleitos en los tribunales estatales o federales que tengan que ver con los mismos hechos de la presente acción o que se relacionen con su reclusión?*

          (✓)  Yes *(Sí)*                    (  )  No

     B.   If your answer to "A" is yes, describe the lawsuit in the space below.  If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

          *Si la contestación a la pregunta "A" es en la afirmativa, describa el pleito en el espacio siguiente.  De existir más de un pleito, descríbalos en otro papel*

42:1983                              -1-

*utilizando el mismo modelo.*

1.    Parties to the previous lawsuit.
      *Partes en el pleito anterior.*

      Plaintiff(s)
      *Demandante(s)*   Javier J. Acevedo Rodríguez

      Defendant(s)
      *Demandado(s)*   Edgardo Luis Cuevas Natal, Magda
Quintana y José Luis Cuevas Ramos y Carmen Ramona
                                    Natal Pérez.

2.    Court.  If federal court, name the district, if state court, name the
      county or part.

      *Tribunal.  Si es un tribunal federal, indique el distrito, si es un tribunal
      estatal, indique el condado o sala.*

      United States District Court, San Juan, P.R.
      00 918-1767.

3.    Docket number.
      *Número asignado.*   3:23-CV-01407-RAM

4.    Name of judge to whom the case is assigned.
      *Nombre del juez a quien se le asignó el caso.*

      Raul M. Arias Marxuach

5.    Disposition.  For example: Was the case dismissed?  Was it
      appealed?  Is it still pending?

      *Disposición.  Por ejemplo: ¿Se desestimó el caso?  ¿Se apeló?  ¿Se
      encuentra aún pendiente?*

      Dismissing without prejudice

6.    Approximate date of filing lawsuit.
      *Fecha aproximada en que radicó el pleito.*

      August 16, 2023.

42:1983                                    -2-

7.    Approximate date of disposition.
*Fecha aproximada en que se resolvió el pleito.*

_____1/ 19 / 2024._____

II.    Place of confinement.
*Lugar actual de reclusión.*

A.    Is there a prisoner's grievance procedure in the institution?
*¿Existe un procedimiento de quejas y agravios para los confinados en la institución?*

(✓)   Yes *(Sí)*                    (  )   No

B.    Did you present the facts related to your complaint in the state prisoner's grievance procedure?
*¿Presentó usted los hechos de su querella bajo el procedimiento de quejas y agravios para confinados?*

(  )   Yes *(Sí)*                    (✓)   No

C.    If your answer is yes,
*Si su contestación es afirmativa,*

1.    What steps did you take?
*¿Qué medidas tomó usted?*

_____N/A_____
_____N/A_____

2.    What was the result?
*¿Cuál fue el resultado?*

_____N/A_____
_____N/A_____

D.    If your answer is No, explain why not.
*Si su contestación es No, explique porqué.*

_Because the facts are not related_
_to the Institution Ponce 1,000 Adult/06._

42:1983                    -3-

E.    If there is no prison grievance procedure in the institution, did you complain
to prison authorities?
*Si no existe un procedimiento de quejas y agravios en la institución, ¿se
quejó usted con las autoridades de la institución?*

( )    Yes *(Si)*                                    ( ✓ )    No

F.    If your answer is Yes,
*Si su contestación es en la afirmativa,*

1.    What steps did you take?
*¿Qué medidas tomó usted?*

NA
NA

2.    What was the result?
*¿Cuál fue el resultado?*

NA
NA

III.    Parties.
*Partes.*

In item A below, write your name in the first blank and write your present address in
the second blank.  Do the same for additional parties, if any, using the reverse side
if necessary.

*Bajo la letra A, escriba su nombre en la primera línea y su dirección actual en la
segunda línea.  Si hay demandantes adicionales, provea la misma información
utilizando el dorso si es necesario.*

A.    Name of plaintiff
*Nombre del demandante*    Javier J. Acevedo Rodríguez

Address
*Dirección*    Institución Ponce 1,000 Adultos
Modulo 4Q~ Celda # 110, 3699
Ponce by Pass, Ponce, P.R. 00728~
1504

42:1983                                    -4-

In item B below, write the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank.  Use item C for the name, position and place of employment of any additional defendant.

*Bajo la letra B, escriba en la primera línea el nombre completo del demandado, en la sgunda línea escriba el puesto que ocupa y en la tercera línea escriba el lugar donde está empleado.  Utilice el apartado C para escribir el nombre, puesto y lugar de empleo de otro demandado.*

B.      Defendant
        *Demandado*      Edgardo Luis Cuevas Nata, Magda Quintana, José Luis Cuevas Ramos y Carmen Ramona Natal Perez

        is employed as
        *está empleado como* _____ N.A _____

        at
        *en* _____ N/A _____

IV.     Statement of Claim.
        *Relación de Hechos.*

        State here, as briefly as possible, the <u>facts</u> of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates or statutes.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allged a number of related claims, number and set forth each claim in a separate paragraph. Attach an extra sheet if necessary.

        *Escriba brevemente los <u>hechos</u> del caso.  Describa la participación de cada uno de los demandados.  Incluya también los nombres de otras personas que tuvieron participación, las fechas y los estatutos.  No presente argumentos legales ni cite precedentes ni estatutos.  Si usted quiere presentar varias reclamaciones, enumérelas y hágalo en párrafos por separado.  Puede utilizar otra hoja de papel si lo considera necesario.*

Due to the facts that happened in the day of 30 September of 2019. In which the defendants here Mr. José Luis Cuevas Ramos and his wife Carmen Ramona Natal Perez fraudulently sold plaintiff home and fraudulently took all the good's (private properties) and

42:1983                    -5-

Community properties of the plaintiff.
That includes the business with the name of
laboratorios Clinicos Nazarry Inc. (creating →
(continue on page 2, 3 and 4
of the part IV).

V.    Request for Relief.
      *Solicitud de Remedio.*

State briefly exactly what you want the court to do for you.  Make no legal
arguments.  Cite no cases or statutes.

*Indique brevemente lo que usted espera que el tribunal haga por usted.  No*
*escriba argumentos legales ni cite precedentes ni estatutos.*

The plaintiff wants compensation for all the
damages infringed to all the intellectual
properties, copyrighted works ©, patents and all
information of the trade secrets. Because the
infringement was willful from the part of
the defendants. All the trade secrets, copyrighted
works, patents and intellectual properties where
acquired through improper means and
wrongfully taken by the defendants when
(continue on next page) →
V. Request for Relief Page #2

I declare under penalty of perjury that the foregoing is true and correct.
*Declaro bajo pena de perjurio que lo anterior es cierto y correcto.*

Signed this __13__ day of __March__ of __2024__.
              *(día)*            *(mes)*          *(año)*

_____
Plaintiff's signature
*Firma del demandante*

42:1983                      -6-

Part IV Page 2.
Statement of Claim

damages of consideration, beyond
repair to the plaintiff intellectual
properties, patents, copyrighted works
registered by the plaintiff. In
which the plaintiff is its
editor, director and developer. The
copyrights registered numbers
as well isbn of the works will
be send to this Honorable court
by the plaintiff when the
institution of Ponce 1,000 adultos
lift the quarantine of "covid" in
the date of March 28, 2024. The
plaintiff will prepare an informative
motion with the information.
That motion will include samples,
copyrights registration number, ISBN
numbers and all works related.
The present case is a subject matter
of jurisdiction because there is
copyrighted works involved and
patents. The 28 U.S. Code § 1338-
Patents plant variety protection,
copyright, mask works, designs,
trademarks and unfair
competition.

(a) The District courts shall have
original jurisdiction of any civil
action arising under any act
of congress relating to patents,
plan variety protection, copyrights
and trademarks. NO state court

Statement of Claim

Shall have jurisdiction over any claim
for relief arising under any act
of congress relating to patents,
plant variety protection, or copyrights.
For purposes of this subsection,
the term "STATE" includes any
state of the united states, the
district of Columbia, the
Commonwealth of Puerto Rico, the
united states virgin islands,
American Samoa, Guam and the
Northern Mariana Islands. 28 US
Code § 1338(a) and code § 1367(e).
The present case involves patents,
copyrighted works and intellectual
properties owned, created and
registered by the plaintiff here.

The plaintiff here have all the
rights reserved over his works
and intellectual properties. This
dispute is not related to contracts,
its related to works owned, created
and registered by the plaintiff here.
In which the plaintiff here have
moral rights granted under copyright
law. With the facts of the day of
30 September of 2019, the trade
secrets of the plaintiff, information
about programs, coding, methods,
etc. Related to the works that are
the subject of efforts that where
reasonable under circumstances to

Part IV page 4.
Statement of Claim

maintain its secrecy. Which is
related to the development of the
copyrighted work with the title
End Chapter: Master of Macroix,
Sonors, web pages coding and
other pages coded and created
by the plaintiff here. This includes
patterns, codes, programing,
methods, techniques and ar
process to develop the title
End chapter: Master of Macroix
for nintendo, microsoft and
Sony as third developer. All the
information of the trade secrets
was taken by the defendants
when they wrongfully sold the
plaintiff house and took over
all the plaintiff good's (private
properties) and community
properties owned by the plaintiff
and thats includes the business
with the name of laboratorios
Clinicos Nazarry Inc.

The following is a list of the
copyrighted works, patents,
intellectual properties and
works related owned by the
plaintiff.

1. Neimur: The zone of the Gods.
Copyrighted work, © and Ⓑ
2. Sephermia: The zone of the Gods.

Part IV   Page 5
Statement of Claim

Copyrighted work, © and ℗
3. End Chapter: Master of Macroix
Copyrighted work, ©
4. The other one
5. Baron Five (5)
6. Coded Material of the web page
of wi-Fi Digital Press
7. Music Material and Coding with progra-
ming.
As explained before the plaintiff will
provide Samples that are at the
moment online in Amazon, facebook
deviantart, Soundcloud, etc. Here a
few profiles that are online with
the copyrighted material and works
related: 1·deviantart: Masentral and
wi-Fi Digital Press, 2~ Amazon: Javier
Sama Acevedo and wi-Fi Digital Press
4~ Facebook: Digams Corps, wi-Fi
Digital Press and official. Javier.
Sama, 5~ Youtube: acedipa, 6~
Pinterest: Digams, wi-Fi Digital
Press, End Chapter: Master of
Macroix, Javier Sama 7~ X: Digams
Corps, wi-Fi Digital Press, Javier
Sama, 8~ Soundcloud: Javier Sama
and there are more evidence of
the material that the plaintiff will
Send separated to this Honorable
Court in the beginning of the month
of April 2024. The plaintiff here is
the Honorable court to grant the
plaintiff petition to sue the defendants

Part IV Page 6
Statement of Claim

mentioned on this case for the total
amount of $450,000.00 plus expenses
and council honoraries that incurs
the process of this legal case. I
thanks in advance for paying
attention to the plaintiff petition.

Signed this 13 day
of March of 2024.

Plaintiff
Signature

V Request for Relief.
    Page #2

they fraudulently took all the good's (private properties) and the community properties of the plaintiff. The plaintiff knows that all damages to all patents, copyrighted works (registered by the plaintiff) and the intellectual properties are of consideration, beyond repair. In this case the infringement is totally willful and for all the damages for each work willfully infringed and damage the plaintiff wants to be awarded $150,000.00 for each work willfully infringed and damage. For a total amount of $450,000.00

Signed this 15 day of March of 2024.

Plaintiff
Signature